# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR222 |
| vs. | |
| CARDELL BONNER, | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Deborah D. Cunningham to withdraw as counsel for the defendant, Cardell Bonner (Filing No. 28). Timothy L. Ashford has filed an entry of appearance as retained counsel for Cardell Bonner. Deborah D. Cunningham's motion to withdraw (Filing No. 28) is granted.

Deborah D. Cunningham shall forthwith provide Timothy L. Ashford any discovery materials provided to the defendant by the government and any such other materials obtained by Ms. Cunningham which are material to Cardell Bonner's defense.

The clerk shall provide a copy of this order to Timothy L. Ashford.

The hearing scheduled on November 28, 2017 at 3:00 p.m. regarding this motion is canceled.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge