IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-222 |
| vs. | ORDER |
| CARDELL BONNER, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 63) recommending that the defendant's motion to dismiss the underlying criminal case (filing 54) be denied. The defendant has not objected to the Magistrate Judge's findings and recommendation, which expressly informed him that "[f]ailure to timely object may constitute a waiver of any such objection." Filing 63 at 4.

28 U.S.C. § 636(b)(1) provides for de novo review only when a party objects to the magistrate's findings and recommendations. *Peretz v. United States*, 501 U.S. 923 (1991). The failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the Magistrate Judge's findings and recommendation and deny the defendant's motion to dismiss.

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 63) are adopted.

2. The defendant's motion to dismiss (filing 54) is denied.

Dated this 13th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge