IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-222 |
| vs. | |
| CARDELL BONNER, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The defendant's motion to continue trial (filing 125) is granted.

2. The jury trial currently set for March 11, 2019 is continued to <u>June 10, 2019</u>.

3. The motions in limine filed by the defendant's previous counsel (filing 52 and filing 113) are denied without prejudice to reassertion prior to the rescheduled trial date.

4. The deadline for the government to disclose the identity of its confidential informant is continued to 14 days before the new trial date.

5. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the

defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and June 10, 2019, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. § 3161(h)(7)(A) & (B)(iv).

Dated this 25th day of February, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge