IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-222 |
| vs. | |
| CARDELL BONNER, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The parties' joint motion to continue trial (filing 153) is granted.

2. The jury trial currently set for October 7, 2019 is continued to December 2, 2019.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and December 2, 2019, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. § 3161(h)(3)(A), (7)(A) & (B)(iv).

Dated this 26th day of August, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge